UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION


**BERTRUM WALKER BRYANT, JR.**    )
                                  )
v.                                )    Civil Action No. 3:12-1234
                                  )    Judge Campbell/Knowles
**NEW ENGLAND COMPOUNDING**       )
**PHARMACY, INC.**                )


                      **O R D E R**


   The Initial Case Management Conference scheduled for Thursday, January 24, 2013, at 10:00 a.m., is CANCELLED, to be reset by separate Order if necessary.

   IT IS SO ORDERED.

                                  _____
                                  E. CLIFTON KNOWLES
                                  United States Magistrate Judge